| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700; F: (916) 498-5710 |
| 5 | |
| | Attorneys for Defendant |
| 6 | HUMBERTO SANCHEZ AVINA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-166-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONVERT STATUS CONFERENCE TO CHANGE OF PLEA AND JUDGMENT AND SENTENCING HEARING AND ADVANCE DATE** |
| vs. | |
| HUMBERTO SANCHEZ AVINA, | Date: December 10, 2019 |
| Defendant. | Time: 9:15 A.M. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Samuel Stefanki, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Mr. Humberto Sanchez Avina, that the status conference currently set for December 10, 2019 may be advanced to December 3, 2019 at 9:15 a.m. and converted to a Change of Plea and Judgment & Sentencing hearing pursuant to the Fast Track Resolution Program.

1. On November 4, 2019, Mr. Sanchez Avina had his initial appearance on the indictment. At that hearing, a status conference was set for December 10, 2019.
2. The parties have since agreed to resolve the case via the Fast Track Resolution Program. We therefore respectfully request the Court to convert the status conference into a change of plea and a judgment and sentencing hearing, as mandated by the Fast Track program.

-1-

3. The parties further request to advance the date from December 10, 2019 to December 3, 2019 at 9:15 a.m. Probation was consulted and is available on the requested date.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 20, 2019                    */s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
HUMBERTO SANCHEZ AVINA


Date: November 20, 2019                    MCGREGOR W. SCOTT
United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference previously set for December 10, 2019 is advanced to December 3, 2019 at 9:15 a.m. and converted into a Change of Plea and Judgment and Sentencing Hearing.

IT IS SO ORDERED.


Dated: November 20, 2019 /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge